**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER IGO,<br><br>Plaintiff,<br><br>v.<br><br>ZOLL SERVICES, LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:20-cv-1909-NR<br><br>Judge J. Nicholas Ranjan |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Jennifer Igo and Defendant ZOLL Services, LLC have reached an agreement in principle that will confidentially resolve the claims alleged in this matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days of this notice.

Respectfully submitted,

*/s/ Megan A. Smith*

Mark T. Phillis, Pa. ID. No. 66117
Megan Smith, Pa. ID No. 324901

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Phone: (412) 201-7636/7654
Fax: (412) 774-1956
mphillis@littler.com
mesmith@littler.com

*Counsel for Defendant*

Dated: June 24, 2021

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June 2021 a true and correct copy of the foregoing Notice of Settlement was served with the Clerk of the Court, using the CM/ECF system and upon the following counsel of record:

Stephanie L. Solomon, Esq.
HKM EMPLOYMENT ATTORNEYS LLP
220 Grant Street, Suite 401
Pittsburgh, PA 15219
ssolomon@hkm.com

*Counsel for Plaintiff*

*/s/ Megan A. Smith*