**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER IGO,<br><br>Plaintiff,<br>v.<br><br>ZOLL Services, LLC d/b/a ZOLL LifeVest<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Division<br><br>No. 2:20-cv-1909<br><br><br><br>**JURY TRIAL DEMANDED** |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their undersigned attorneys, that the above-captioned action be and is hereby dismissed in its entirety with prejudice and on the merits, without costs to any parties.

Respectfully submitted,

*/s/ Mark T. Phillis*

Mark T. Phillis, Esq.
Littler Mendelson, P.C.
EQT Plaza
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
T: (412) 201-7636/7623
mphillis@littler.com
*Attorneys for Defendant*

Dated: July 22, 2021

Respectfully submitted,

*/s/ Stephanie L. Solomon*

Stephanie L. Solomon, Esq.
HKM EMPLOYMENT ATTORNEYS LLP
220 Grant Street, Suite 401
Pittsburgh, Pennsylvania 15219
Telephone: (412) 760-7802
ssolomon@hkm.com
*Attorneys for Plaintiff*

Dated: July 22, 2021